In the Matter of the CITY OF BUFFALO et al., Appellants, against JOHN J. ROCHFORD et al., Constituting the Board of Elections of the County of Erie, Respondents.

Argued October 12, 1950; decided October 18, 1950.

*Fred C. Maloney, Corporation Counsel (Elmer S. Stengel* and *Herbert B. Forbes* of counsel), for appellants.

*Elmer R. Weil, County Attorney (Wortley B. Paul* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.